■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWAYNE MALAVE, Appellant. [707 NYS2d 26] —Judgment, Supreme Court, Bronx County (Richard Price, J.), rendered March 21, 1995, convicting defendant, after a jury trial, of murder in the second degree, criminal possession of a weapon in the second degree and criminal impersonation in the first degree, and sentencing him to concurrent terms of 25 years to life and 5 to 15 years, consecutive to a term of 1¹/₃ to 4 years, unanimously affirmed.

The court properly exercised its discretion in declining to replace a sworn juror based on her innocuous encounter with an Assistant District Attorney having no connection to this prosecution, whom the juror recognized as a college friend. The juror had been unaware that her friend had joined the District Attorney's office, and assured the court that the encounter would not affect her impartiality (*see, People v Provenzano*, 50 NY2d 420; *People v Rodriguez*, 242 AD2d 475, *lv denied* 91 NY2d 879).

On the existing record, viewed in totality, we conclude that defendant received meaningful representation (*see, People v Benevento*, 91 NY2d 708, 713-714; *see also, People v Sullivan*, 153 AD2d 223, *lv denied* 75 NY2d 925). There is no indication that counsel's style of trying the case prevented defendant from receiving a fair trial.

Defendant's claim under *Brady v Maryland* (373 US 83) is unpreserved and we decline to review it in the interest of justice. Were we to review this claim, we would conclude that it rests on speculation (*see, People v McKee*, 269 AD2d 225; *People v Parkinson*, 268 AD2d 792; *People v Serrando*, 184 AD2d 1094, *lv denied* 80 NY2d 837).

We perceive no abuse of sentencing discretion. Concur—Sullivan, P. J., Nardelli, Tom, Mazzarelli and Wallach, JJ.